**Motion Granted; Appeal Dismissed and Memorandum Opinion filed September 16, 2014.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-14-00311-CR

---

## DARRELL DEWAYNE SMITH, Appellant

## V.

## THE STATE OF TEXAS, Appellee

---

**On Appeal from the 185th District Court**
**Harris County, Texas**
**Trial Court Cause No. 1416226**

---

## M E M O R A N D U M   O P I N I O N

A written request to withdraw the notice of appeal in this case, signed by appellant, has been filed with this court. *See* Tex. R. App. P. 42.2. Because this court has not delivered an opinion, we grant appellant's request.

Accordingly, we order the appeal dismissed. We direct the clerk of the court to issue the mandate of the court immediately.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Christopher and Busby.

Do Not Publish — Tex. R. App. P. 47.2(b)